■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v JEFFREY SILVER, as Administrator of the Estate of MEREDITH SILVER, Deceased, Appellant. [639 NYS2d 485] ■

MEREDITH SILVER, Deceased, Respondent. [639 NYS2d 928] ■

■

The petitioner Allstate Insurance Company has arbitrated the present claim and has therefore waived its right to appeal from the orders dismissing its petitions for a permanent stay of arbitration (see, Matter of Beagle [MVAIC], 19 NY2d 834, 835; Matter of State Farm Mut. Auto. Ins. Co. v Blumen, 221 AD2d 548; Matter of Nationwide Mut. Ins. Co. v Rothbart, 220 AD2d 509). Bracken, J. P., Sullivan, Santucci and Krausman, JJ., concur.